**Michael G. KESELICA, Petitioner—Appellant,**

v.

**J. Michael STOUFFER, Warden; Attorney General of Virginia, Respondents—Appellees.**

Michael G. Keselica, Petitioner–
Appellant,

v.

J. Michael Stouffer, Warden; Attorney
General of Virginia, Respondents–
Appellees.

Michael G. Keselica, Petitioner–
Appellant,

v.

J. Michael Stouffer, Warden; Attorney
General of Virginia, Respondents–
Appellees.

Nos. 03–7543, 04–6005, 04–6215.

United States Court of Appeals,
Fourth Circuit.

Submitted April 14, 2004.

Decided June 3, 2004.

Michael G. Keselica, Appellant pro se.

Richard Bain Smith, Assistant Attorney
General, Richmond, Virginia, for Appel-
lees.

Before NIEMEYER, GREGORY, and
SHEDD, Circuit Judges.

Nos. 03–7543, 04–6005, dismissed; No.
04–6215, affirmed by unpublished Per
Curiam opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

In these consolidated appeals, Michael
G. Keselica seeks to appeal the magistrate
judge's orders denying relief on his peti-
tion under 28 U.S.C. § 2254 (2000), and
denying his motions for reconsideration
under Federal Rule of Civil Procedure
59(e) and 60(a).*

An appeal may not be taken from the
final order in a habeas corpus proceeding
unless a circuit justice or judge issues a
certificate of appealability. 28 U.S.C.
§ 2253(c)(1) (2000). A certificate of ap-
pealability will not issue for claims ad-
dressed by a district court on the merits
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2). As to claims dismissed by a
district court solely on procedural grounds,
a certificate of appealability will not issue
unless the petitioner can demonstrate both
"(1) 'that jurists of reason would find it
debatable whether the petition states a
valid claim of the denial of a constitutional
right' and (2) 'that jurists of reason would
find it debatable whether the district court
was correct in its procedural ruling.'"
*Rose v. Lee*, 252 F.3d 676, 684 (4th Cir.
2001) (quoting *Slack v. McDaniel*, 529 U.S.
473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000)). In No. 03–7543 and No. 04–6005,
we have independently reviewed the rec-
ord and conclude that Keselica has not
satisfied either standard. *See Miller–El v.
Cockrell*, 537 U.S. 322, 336, 123 S.Ct. 1029,
154 L.Ed.2d 931 (2003). Accordingly, we
deny Keselica's motions to supplement the
record and for a certificate of appealability
and dismiss Keselica's appeals.

In No. 04–6215, we have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm on the reasoning of
the district court. *See Keselica v. Stouf-*

---

* The parties consented to the magistrate
judge's jurisdiction pursuant to 28 U.S.C.
§ 636(c) (2000).

*fer,* No. CA–02–575 (E.D.Va. Dec. 4, 2003). We deny as moot Keselica's motion for a certificate of appealability.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

*AFFIRMED*